(108 So. 543)
Alex BROWN v. STATE. (6 Div. 680.)
(Supreme Court of Alabama. April 15, 1926. Rehearing Denied May 20, 1926.)

Certiorari to Court of Appeals.

Foster, Rice & Foster, of Tuscaloosa, for petitioner.
Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., opposed.

PER CURIAM. Petition of Alex Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brown v. State, 108 So. 542.
Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.